UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANTIONE ARTSHAWN HAMILTON,

        Defendant.
_____/

Violation:
18 U.S.C. § 922(g)(1)

Case: 2:24-cr-20357
Assigned To : Murphy, Stephen J., III
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 7/9/2024
Description: IND USA V. ANTOINE HAMILTON (EV)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of Firearm*

On or about December 14, 2023, in the Eastern District of Michigan, Southern Division, the defendant, ANTIONE ARTSHAWN HAMILTON, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is: one Glock pistol, Model 22, in violation of Title 18, United States Code, Section 922(g)(1).

1

## FORFEITURE ALLEGATIONS

18 U.S.C. § 924(d) together with 28 U.S.C. § 2461

*Criminal Forfeiture*

1. The allegations contained in Count One of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

2. Upon conviction of the offense charged in Count One of this Indictment, defendant ANTIONE ARTSHAWN HAMILTON shall forfeit to the United States any firearm and ammunition involved in or used in such violation, pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/Craig Wininger*
Craig Wininger
Chief, Violent and Organized Crime Unit

*s/Philip Jacques*
Philip Jacques
Assistant U.S. Attorney

Date: July 9, 2024

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: P.J. |

**Case Title:** USA v. Antoine Artshawn Hamilton

**County where offense occurred:** Wayne

**Offense Type:** <u>Felony</u>

Indictment – no prior complaint.

Case: 2:24-cr-20357
Assigned To : Murphy, Stephen J., III
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 7/9/2024
Description: IND USA V. ANTOINE HAMILTON (EV)

### Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

July 9, 2024
Date

Phillip Jacques
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phillip.Jacques@usdoj.gov
(313) 226-9654
Bar #: P73754

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.